Certificate Number: 17082-MA-DE-036186020

Bankruptcy Case Number: 21-11762



17082-MA-DE-036186020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2021, at 8:34 o'clock PM MST, HARRIET F FISHMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   December 6, 2021          By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director